RECEIVED
FEB - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **XCALIBER INTERNATIONAL LIMITED, LLC,** * | |
| * | Misc. No.: 06-MS-545 AWR |
| **Plaintiff,** | |
| * | Case No.: 04-0069 Sect. S; Mag. 4 |
| vs. | (United States District Court for the |
| * | Eastern District of Louisiana) |
| **CHARLES C. FOTI, JR., in his official capacity as Attorney General, STATE OF LOUISIANA,** * | |
| * | |
| **Defendant.** | |

**NOTICE OF REQUEST FOR EXTENSION OF SCHEDULING ORDER BY PARTIES
TO UNDERLYING LITIGATION**

Plaintiff in the underlying matter, Xcaliber International Limited, LLC ("Xcaliber"), wishes to notify the Court that Xcaliber and Defendant in the underlying matter, Charles C. Foti, Jr., Attorney General for the State of Louisiana, have recently made a second joint request to extend the Scheduling Order in that matter.

This miscellaneous proceeding arises from a subpoena served on the National Association of Attorneys General ("NAAG") in connection with underlying litigation brought by Xcaliber in the Eastern District of Louisiana. In response to that subpoena, NAAG has produced non-confidential, unprivileged documents, and has provided Xcaliber with a privilege log listing various other responsive documents it intends to withhold. NAAG has also identified a universe of documents which it does not contend are subject to any privilege, but which it has not produced due to their confidential nature. NAAG has moved for entry of a protective order by this Court (Doc. 1) and will

produce these unprivileged but confidential documents as soon as such an order is in place.[1] Xcaliber notes that, even after production of these materials has taken place, additional disputes over NAAG's privilege assertions (necessitating further briefing and argument before this Court) are a virtual certainty.[2] In any case, the extent of those disputes will remain uncertain until Xcaliber is able to assess what documents NAAG has produced under this Court's protective order.

Xcaliber further notes that similar issues arising from discovery propounded on the Louisiana Attorney General remain pending before the Eastern District of Louisiana. Delays caused by these disputes resulted in the parties' first joint request for an extension in November 2006. Many of those same issues remain unresolved pending a hearing on Plaintiff's Motion to Compel which the parties expect to take place at the end of March. An additional source of delay arose recently when lead counsel for the Louisiana Attorney General, Thomas L. Enright, Jr., was unexpectedly ordered to the Middle East for 12-18 months of military service. Mr. Enright was thus forced to disenroll from the underlying case and substitute attorneys from the Attorney General's office have requested additional time to get up to speed.

Xcaliber will still need to take depositions and prepare an expert report after the above-described issues, pending before both the Eastern District of Louisiana and this Court, are resolved. The Eastern District of Louisiana's existing Scheduling Order (with a June 2007 trial date) was

---

[1] Xcaliber filed a response (Doc. 2) to NAAG's motion for a protective order based on its objection to a specific provision contained in NAAG's proposal. While Xcaliber objects to the provision at issue for the reasons articulated in that response pleading, Xcaliber does not oppose (and, in fact, desires) entry of a protective order by this Court in some form as soon as possible.

[2] Identical disputes have been partially litigated (though never finally determined) in two previous miscellaneous proceedings before this Court arising from separate underlying cases brought by Xcaliber in the Northern District of Oklahoma and the District of Kansas.

plainly not a realistic time frame for these events. For those reasons, the parties have requested a second 90-day extension of the Scheduling Order, acknowledging that even those dates may be very difficult to meet. Given these circumstances, anything that can be done to expedite the motion for a protective order pending before this Court would be greatly appreciated.

DATED: February 7, 2007

Respectfully Submitted,

_____
Kyle M. Keegan (LSB No. 19942)
Christopher D. Kiesel (LSB No. 26360)
J. Brian Juban (LSB No. 28106)
Roy, Kiesel, Keegan & DeNicola
2355 Drusilla Lane
Baton Rouge, LA 70809
Telephone: (225) 927-9908
Facsimile: (225) 926-2685
Email: kmk@rkkdlaw.com

Attorneys for Plaintiff, Xcaliber International Limited, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was served on the following counsel by facsimile and DHL Express this 7th day of February, 2007.

Robert P. Fletcher, Esq.
Leslie Paul Machado, Esq.
Nixon Peabody, LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 2004-2128
(202) 585-8000 /8080 (fax)

Attorneys for National Association of Attorneys General

Stacie L. deBlieux
Assistant Attorney General
Louisiana Department of Justice, Litigation Division
1885 North Third Street, 3rd Floor
Baton Rouge, LA 70804
(225) 326-6423 / 6072 (fax)

Attorney for Charles C. Foti, Jr., Attorney General, State of Louisiana